# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

**TO:** Honorable R. Bryan Harwell, USDJ
U.S. Attorney
U.S. Marshal
U.S. Probation
Counsel
Courtroom Deputy/Court Reporter

**PLEASE TAKE NOTICE THE FOLLOWING CRIMINAL MATTERS HAVE BEEN SCHEDULED FOR WEDNESDAY, OCTOBER 11, 2017, BEFORE HONORABLE R. BRYAN HARWELL, U.S. DISTRICT JUDGE, AT THE MCMILLAN FEDERAL BUILDING, 401 W. EVANS STREET, FLORENCE, SOUTH CAROLINA.**

**ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS OF ALL HEARINGS.**

**IMPORTANT NOTICE TO ALL GOVERNMENT AND DEFENSE LAWYERS**

1. **Downward Departure Motions**: Any Downward Departure motions based on U.S.S.G. § 5K.1 substantial assistance must be either filed, or the Court's Chambers orally notified no later than **3 business days** prior to the hearing.

2. **Withdrawal of PSR Objections**: In the event objections previously filed are being withdrawn, counsel should notify the Court in writing or orally by contacting Chambers at least **3 business days** prior to the hearing. (This will avoid the Court's unnecessary review of objections).

3. **Requests for Continuances**: Any requests for continuances shall be made no later than **3 business days** prior to the hearing. The request shall indicate whether opposing counsel consents and the basis for the request so that the Court can determine if it can be scheduled on another day, that week, or whether a longer continuance is needed. This request may be made orally and contacting Deputy Clerk, Heather Ciccolella (843-676-3859) or the Court's Chambers. (This will help avoid unnecessary transportation costs by the U.S. Marshal's Office).

## SUPERVISED RELEASE VIOLATION HEARING

**9:30 a.m.**
**4:10-941-6**    **Larry Debarge Fields**         **Bond**       **Casey Riddle, AFPD**
                                                                  **Alfred Bethea, AUSA**
                                                                  **Robert Daley, AUSA**

**10:00 a.m.**
**4:88-365**       **James Edward Phillips**        **Bond**       **William Nettles, IV, AFPD**
                                                                  **Christopher Taylor, AUSA**

**10:30 a.m.**
**4:01-393**       **Quincy Adam Owens**            **Custody**    **William Nettles, IV, AFPD**
                                                                  **Alfred Bethea, AUSA**

**11:00 a.m.**
**4:13-787**       **James Tashawn Williamson**     **Custody**    **William Nettles, IV, AFPD**
                                                                  **Alfred Bethea, AUSA**

**11:30 a.m.**
**4:15-44-1**      **Bernard O. Crank**             **Custody**    **William Nettles, IV, AFPD**
                                                                  **A. Bradley Parham, AUSA**
                                                                  **Anne Young, AUSA**

**12:00 p.m.**
**4:01-74**        **Charles Gilbert Vines**        **Custody**    **William Nettles, IV, AFPD**
                                                                  **Alfred Bethea, AUSA**

**12:30 p.m.**
**4:13-585**       **Jesse Hickmon, Jr.**           **Bond**       **Michael Meetze, AFPD**
                                                                  **A. Bradley Parham, AUSA**
                                                                  **Stanley Ragsdale, AUSA**

**1:00 p.m.**
**4:08-1167-1**    **Christopher Kyle Echols**      **Custody**    **Michael Meetze, AFPd**
                                                                  **A. Bradley Parham, AUSA**
                                                                  **Carrie Sherard, AUSA**